UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARTIN CHAPMAN, on behalf of
himself and on behalf of all others
similarly situated,

    Plaintiff,

v.                                    Case No. 3:17-cv-799-J-39JRK

CITY OF JACKSONVILLE,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 23; Stipulation) filed on February 15, 2018. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 20th day of February, 2018.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*